IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02805-AP

Aleksandra Fiedor,

    Plaintiff,

v.

Michael J. Astrue, Commissioner of Social Security

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Kenneth J. Shakeshaft
1935 Jamboree Drive, Suite 202
Colorado Springs, CO 80920
719-635-5886
office@shakeshaftlawfirm.com

For Defendant:

| | |
|---|---|
| John F. Walsh<br>United States Attorney | Stephanie Lynn F. Kiley<br>Special Assistant United States Attorney<br>Office of the General Counsel |
| J.B. García<br>Assistant United States Attorney<br>District of Colorado | Social Security Administration<br>1001 Seventeenth Street<br>Denver, Colorado 80202<br>(303) 844-0815<br>stephanie.kiley@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed: October 23, 2012**

    B.    **Date Complaint Was Served on U.S. Attorney's Office: November 2, 2012**

    C.    **Date Answer and Administrative Record Were Filed: December 31, 2012**

4.    **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.    **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the cases raises unusual claims or defenses.

7. **OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

8. **BRIEFING SCHEDULE**

The parties request the following briefing schedule within the standard time frame:

    A.    **Plaintiff's Opening Brief Due: March 4, 2013**

    B.    **Defendant's Response Brief Due: April 3, 2013**

    C.    **Plaintiff's Reply Brief (If Any) Due: April 18, 2013**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    B.    **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice*.

- A.  ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

- B.  ( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 18th day of January, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

/s/ Kenneth J. Shakeshaft
By: Kenneth J. Shakeshaft
1935 Jamboree Drive, Suite 202
Colorado Springs, CO 80920
719-635-5886
office@shakeshaftlawfirm.com

/s/ Stephanie Lynn F. Kiley
By: Stephanie Lynn F. Kiley
Special Assistant U.S. Attorney
1001 17th Street, 6th Floor
Denver, CO 80202
303-844-0815
stephanie.kiley@ssa.gov
- 1 -