IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-2805-AP**

**ALEKSANDRA FIEDOR,**

Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

Defendant.

---

## ORDER

---

Kane, J.

Defendant's Unopposed Motion to Remand for Further Administrative Proceedings

(doc. #16), filed April 24, 2013, is **GRANTED**.

This civil action is remanded to Defendant for additional administrative proceedings

pursuant to sentence four of 42 U.S.C. § 405(g).  The Clerk is directed to enter a judgment

in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's

decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated:  April 24, 2013

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT